UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Nola Ruth-Lee

CASE NO. CV 09-3504 SBA

Plaintiff(s),

v.

Pacific Telesis Group Comprehensive
Disability Benefits Plan & Sedgwick Claims
Defendant(s).

STIPULATION AND [PROPOSED]
ORDER SELECTING ADR PROCESS

_____/

Counsel report that they have met and conferred regarding ADR and have reached the following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5:

The parties agree to participate in the following ADR process:

**Court Processes:**
  Non-binding Arbitration (ADR L.R. 4)
  Early Neutral Evaluation (ENE)  (ADR L.R. 5)
  Mediation (ADR L.R. 6)

*(Note: Parties who believe that an early settlement conference with a Magistrate Judge is appreciably more likely to meet their needs than any other form of ADR, must participate in an ADR phone conference and may not file this form. They must instead file a Notice of Need for ADR Phone Conference. See Civil Local Rule 16-8 and ADR L.R. 3-5)*

**Private Process:**
  ✓   Private ADR *(please identify process and provider)*  Parties agree to private mediation
subsequent to Defendants' Motion to Disqualify Plaintiff's Counsel or Plaintiff's counsel's voluntary withdrawal.
The parties will agree to a private mediator at a later date.

The parties agree to hold the ADR session by:
    the presumptive deadline *(The deadline is 90 days from the date of the order referring the case to an ADR process unless otherwise ordered.)*

    ✓   other requested deadline  Stayed pending outcome of motion or voluntary withdrawal.


Dated: 10/22/2009                                        /s/ Geoffrey V. White
                                                         Attorney for Plaintiff


Dated: 10/22/2009                                        /s/ Lara-Beye Molina
                                                         Attorney for Defendant

## [PROPOSED] ORDER

Pursuant to the Stipulation above, the captioned matter is hereby referred to:
    Non-binding Arbitration
    Early Neutral Evaluation (ENE)
    Mediation
  X Private ADR

Deadline for ADR session
    X  90 days from the date of this order.
    other

IT IS SO ORDERED.

Dated: 10/27/09

*Sandra B. Armstrong*
UNITED STATES DISTRICT JUDGE