| | |
|---|---|
| 1 | PILLSBURY WINTHROP SHAW PITTMAN LLP |
|  | PAULA M. WEBER  #121144 |
| 2 | paula.weber@pillsburylaw.com |
|  | LARA-BEYE MOLINA  #251560 |
| 3 | larabeye.molina@pillsburylaw.com |
|  | 50 Fremont Street |
| 4 | Post Office Box 7880 |
|  | San Francisco, CA  94120-7880 |
| 5 | Telephone:    (415) 983-1000 |
|  | Facsimile:     (415) 983-1200 |
| 6 | |
|  | Attorneys for Defendants |
| 7 | AT&T UMBRELLA BENEFIT PLAN NO. 1 & |
|  | SEDGWICK CLAIMS MANAGEMENT |
| 8 | SERVICES, INC. |
|  | |
| 9 | LAW OFFICE OF GEOFFREY V. WHITE |
|  | GEOFFREY V. WHITE  #68012 |
| 10 | gvwhite@sprynet.com |
|  | 351 California Street, Suite 1500 |
| 11 | San Francisco, CA  94104 |
|  | Telephone:    (415) 362-5658 |
| 12 | Facsimile:     (415) 362-4115 |
|  | |
| 13 | Attorneys for Plaintiff |
|  | NOLA RUTH-LEE |
| 14 | |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| NOLA RUTH-LEE, | ) | Case No. CV 09-3504 SBA |
|  | ) |  |
| Plaintiff, | ) | STIPULATION AND ORDER |
|  | ) | EXTENDING DEADLINE FOR ADR |
| v. | ) | SESSION |
|  | ) |  |
| PACIFIC TELESIS GROUP | ) | Judge:    Hon. Saundra B. Armstrong |
| COMPREHENSIVE DISABILITY | ) |  |
| BENEFITS PLAN, and SEDGWICK | ) | Complaint Filed:    July 30, 2009 |
| CLAIMS MANAGEMENT SERVICES, | ) |  |
| INC., an Illinois corporation, | ) |  |
|  | ) |  |
| Defendants. | ) |  |

1  WHEREAS, Defendants AT&T UMBRELLA BENEFIT PLAN NO. 1 and
2  SEDGWICK CLAIMS MANAGEMENT SERVICES, INC. (collectively "Defendants")
3  and Plaintiff NOLA RUTH-LEE ("Plaintiff") filed a Stipulation and Proposed Order on
4  October 22, 2009, whereby the parties stipulated to enter private mediation subsequent to
5  the Court's ruling on Defendants' Motion to Disqualify Plaintiff's Counsel or Plaintiff's
6  Counsel's voluntary withdrawal;
7  WHEREAS, in an Order dated October 27, 2009 and filed October 28, 2009, the
8  Court referred the parties to private ADR pursuant to their stipulation and set a deadline for
9  the ADR session ninety (90) days from the date of this Order;
10 WHEREAS, ninety (90) days from the date of the Court's Order referring the
11 parties to ADR is January 25, 2010;
12 WHEREAS, Defendants filed a Motion to Disqualify Plaintiff Nola Ruth-Lee's
13 Counsel on November 16, 2009 and noticed a hearing on the motion for December 29,
14 2009 (as requested by the Court during a Case Management Conference held on November
15 12, 2009);
16 WHEREAS, in an Order dated November 20, 2009, the Court continued the hearing
17 date for Defendants' Motion to Disqualify Plaintiff's Counsel to February 23, 2010;
18 WHEREAS, as currently scheduled, Defendants' Motion to Disqualify Plaintiff's
19 Counsel is set to be heard after the deadline for the parties to submit to private mediation;
20 WHEREAS, the parties agree to extend the deadline for holding a private mediation
21 session to ninety (90) days after the Court rules on Defendants' Motion to Disqualify
22 Plaintiff's Counsel.
23 NOW, THEREFORE, it is hereby stipulated by and between the parties, through
24 their respective counsel, that the parties request an order from the Court:  continuing the
25 deadline for the parties to enter private mediation to ninety (90) days following the Court's
26 ruling on Defendants' Motion to Disqualify Plaintiff's Counsel.
27
28

1  Dated:  December 14, 2009

2                                                              PILLSBURY WINTHROP SHAW PITTMAN LLP
   PAULA M. WEBER
3  LARA-BEYE MOLINA
   50 Fremont Street
4  Post Office Box 7880
   San Francisco, CA  94120-7880
5

6
                                                              By  */s/ Lara-Beye Molina*
7                                                                          Lara-Beye Molina
   Attorneys for Defendants
8  AT&T UMBRELLA PLAN NO. 1 &
   SEDGWICK CLAIMS MANAGEMENT
9  SERVICES, INC.

10
   Dated:  December 15, 2009.
11
                                                              LAW OFFICE OF GEOFFREY V. WHITE
12                                                            GEOFFREY V. WHITE
   351 California Street, Suite 1500
13 San Francisco, CA  94104

14

15                                                            By  */s/  Geoffrey V. White*
                                                                          Geoffrey V. White
16                                                            Attorneys for Plaintiff
   NOLA RUTH-LEE
17

18

19

20

21

22

23

24

25

26

27

28

701871639v1      - 3 -      STIPULATION AND PROPOSED ORDER EXTENDING
                            DEADLINE FOR ADR SESSION
                            Case No. CV 09-3504 SBA

1 **PURSUANT TO STIPULATION, IT IS SO ORDERED.**

2       The deadline referring parties to ADR, currently set for January 25, 2010, shall be

3 continued to ninety (90) days following the Court's ruling on Defendants' Motion to

4 Disqualify Plaintiff's Counsel, and all related dates shall be modified accordingly.

5 Date: 12/16/09                                    *Saundra B. Armstrong*

                                              The Honorable Saundra B. Armstrong

6                                                   United States District Judge