```
1   Cassie Springer-Sullivan, State Bar No. 221506
    Michelle L. Roberts, State Bar No. 239092
2   SPRINGER-SULLIVAN & ROBERTS LLP
    410 - 12th Street, Suite 325
3   Oakland, CA 94607
    Tel: 510.992.6130
4   Fax: 510.280.7564

5   Geoffrey V. White, State Bar No. 68012
    Law Office of Geoffrey V. White
6   351 California St., Suite 1500
    San Francisco, CA. 94104
7   Tel: (415) 362-5658
    Fax: (415) 362-4115
8
```

*Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NOLA RUTH-LEE, | Case No. C09-3504 SBA |
| Plaintiff, | **STIPULATION FOR SUBSTITUTION OF COUNSEL AND [PROPOSED] ORDER** |
| vs. | |
| PACIFIC TELESIS GROUP COMPREHENSIVE DISABILITY BENEFITS PLAN, and SEDGWICK CLAIMS MANAGEMENT SERVICES, INC., an Illinois corporation, | |
| Defendants. | |

1     It is hereby stipulated and consented that Springer-Sullivan & Roberts LLP, 410 - 12th Street, Suite 325, Oakland, California 94607 be hereby substituted in place and instead of Geoffrey V. White, Law Offices of Geoffrey V. White, 351 California Street, Suite 1500, San Francisco, California 94104, as attorneys for Plaintiff NOLA RUTH-LEE in this action and that this substitution be entered into effect without further notice.

**IT IS SO STIPULATED.**

I consent to this substitution of counsel:

Dated: July 23, 2010        By: _____
                                               Nola Ruth-Lee

I consent to this substitution of counsel and am admitted to the bar of this Court:

Dated: July 23, 2010                SPRINGER-SULLIVAN & ROBERTS LLP

                                    By:  /s/_____
                                               Cassie Springer-Sullivan

                                             Attorneys for Plaintiff
                                             Nola Ruth-Lee

I consent to this substitution of counsel:

Dated: July 23, 2010                LAW OFFICES OF GEOFFREY V. WHITE

                                    By:  /s/_____
                                             Geoffrey V. White

                                             Former Attorneys for Plaintiff
                                             Nola Ruth-Lee

1 [PROPOSED] ORDER

2   IT IS SO ORDERED.

3 DATED: 7/27, 2010

4

5

6 THE HON. SAUNDRA B. ARMSTRONG
UNITED STATES DISTRICT JUDGE

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28