| | |
|---|---|
| 1 | PILLSBURY WINTHROP SHAW PITTMAN LLP |
|   | PAULA M. WEBER  #121144 |
| 2 | paula.weber@pillsburylaw.com |
|   | MARGARET THOMSON  #259698 |
| 3 | margaret.thomson@pillsburylaw.com |
|   | 50 Fremont Street |
| 4 | Post Office Box 7880 |
|   | San Francisco, CA  94120-7880 |
| 5 | Telephone:     (415) 983-1000 |
|   | Facsimile:      (415) 983-1200 |
| 6 | |
|   | AT&T SERVICES, INC. – LEGAL DEPARTMENT |
| 7 | LARA-BEYE MOLINA  #251560 |
|   | lara-beye.molina@att.com |
| 8 | 525 Market Street, Suite 2030 |
|   | San Francisco, CA 94105 |
| 9 | Telephone:     (415) 778-1277 |
|   | Facsimile:      (415) 974-1990 |
| 10 | |
|   | Attorneys for Defendants |
| 11 | AT&T UMBRELLA BENEFIT PLAN NO. 1 & |
|   | SEDGWICK CLAIMS MANAGEMENT |
| 12 | SERVICES, INC. |
|   | |
| 13 | SPRINGER-SULLIVAN & ROBERTS LLP |
|   | CASSIE SPRINGER-SULLIVAN #221506 |
| 14 | MICHELLE L. ROBERTS #239092 |
|   | 410 – 12th Street, Suite 325 |
| 15 | Oakland, California 94607 |
|   | Telephone:     (510) 992-6130 |
| 16 | Facsimile:      (510) 280-7564 |
|   | |
| 17 | Attorneys for Plaintiff |
|   | NOLA RUTH-LEE |
| 18 | |

### UNITED STATES DISTRICT COURT

### NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| NOLA RUTH-LEE, | ) | Case No. CV 09-3504 SBA |
| | ) | |
| Plaintiff, | ) | STIPULATION AND PROPOSED |
| | ) | ORDER EXTENDING DEADLINES |
| v. | ) | BASED ON SETTLEMENT IN |
| | ) | PRINCIPLE |
| PACIFIC TELESIS GROUP | ) | |
| COMPREHENSIVE DISABILITY | ) | Judge:    Hon. Saundra B. Armstrong |
| BENEFITS PLAN, and SEDGWICK | ) | |
| CLAIMS MANAGEMENT SERVICES, | ) | Complaint Filed:   July 30, 2009 |
| INC., an Illinois corporation, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

1    WHEREAS, Defendants AT&T UMBRELLA BENEFIT PLAN NO. 1 and SEDGWICK CLAIMS MANAGEMENT SERVICES, INC. (collectively "Defendants") and Plaintiff NOLA RUTH-LEE ("Plaintiff") filed a Stipulation and Proposed Order on December 15, 2009 whereby the parties stipulated to extending the deadline for holding a private mediation session to ninety (90) days after the Court ruled on Defendants' Motion to Disqualify Plaintiff's Counsel;

7    WHEREAS, in an Order dated December 16, 2009 and filed December 18, 2009, the Court ordered that the parties hold a private mediation session ninety (90) days from the date the Court ruled on Defendants' Motion to Disqualify Plaintiff's Counsel;

10    WHEREAS, the Court granted Defendants' Motion to Disqualify Plaintiff's counsel Geoffrey V. White in an Order dated July 6, 2010 and filed July 7, 2010;

12    WHEREAS, the Order granting Defendants' Motion to Disqualify Plaintiff's Counsel ordered that the parties appear for a telephonic Case Management Conference on September 23, 2010 at 2:45 p.m.;

15    WHEREAS, the deadline for the parties to submit to private mediation is October 5, 2010, ninety days following the date the Court granted Defendants' Motion to Disqualify;

17    WHEREAS, Plaintiff filed a substitution of counsel and notice of appearance by Springer-Sullivan and Roberts LLP on July 26, 2010;

19    WHEREAS, the parties have agreed to settle the case and are in the process of finalizing a settlement agreement;

21    WHEREAS, it may take up to thirty (30) days for delivery of the any settlement amounts.

23    NOW, THEREFORE, it is hereby stipulated by and between the parties, through their respective counsel, that the parties request an order from the Court: continuing the Case Management Conference to October 28, 2010 and the deadline for the parties to enter private mediation to November 15, 2010 to allow the parties to finalize settlement in this case.  All related deadlines shall be modified accordingly.

1 | Dated:  September 7, 2010.

2 |                 SPRINGER-SULLIVAN & ROBERTS LLP
                MICHELLE L. ROBERTS
3 |                 410 – 12th Street, Suite 325
                Oakland, CA  94607

By */s/ Michelle L. Roberts*
    Michelle L. Roberts
    Attorneys for Plaintiff
    NOLA RUTH-LEE

Dated:  September 7, 2010.

AT&T SERVICES, INC. – LEGAL DEPARTMENT
LARA-BEYE MOLINA
525 Market Street, Suite 2030
San Francisco, CA  94105

By */s/ Lara-Beye Molina*
    Lara-Beye Molina
    Attorneys for Defendants
    AT&T UMBRELLA PLAN NO. 1
    (erroneously sued as "Pacific Telesis
    Comprehensive Disability Benefits Plan") &
    SEDGWICK CLAIMS MANAGEMENT
    SERVICES, INC.

<u>SIGNATURE ATTESTATION</u>

I hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/S/) within this e-filed document.

Dated:  September 7, 2010.

                    AT&T SERVICES, INC. – LEGAL DEPARTMENT
                    LARA-BEYE MOLINA
                    525 Market Street, Suite 2030
                    San Francisco, CA  94105

By */s/ Lara-Beye Molina*
Lara-Beye Molina
Attorneys for Defendants
AT&T UMBRELLA PLAN NO. 1 (erroneously sued as "Pacific Telesis Comprehensive Disability Benefits Plan") & SEDGWICK CLAIMS MANAGEMENT SERVICES, INC.

1   **PURSUANT TO STIPULATION, IT IS SO ORDERED.**

2   The parties' Case Management Conference, currently set for September 23, 2010

3   shall be continued to ~~October 28, 2010~~ **November 4, 2010 at 2:45 p.m.**  The deadline

4   referring the parties to private mediation, currently set for October 5, 2010, will be

5   continued to November 15, 2010.  All related deadlines shall be modified accordingly.

6

7

8   Date:_9/14/10                                    *Saundra B Armstrong*
                                                      The Honorable Saundra B. Armstrong
9                                                     United States District Judge