| | |
|---|---|
| 1 | **SPRINGER-SULLIVAN & ROBERTS LLP** |
|   | CASSIE SPRINGER SULLIVAN #221506 |
| 2 | MICHELLE L. ROBERTS #239092 |
|   | 410 – 12th Street, Suite 325 |
| 3 | Oakland, CA  94607 |
|   | Telephone:     (510) 992-6130 |
| 4 | Facsimile:      (510) 280-7564 |
| 5 | |
|   | Attorneys for Plaintiff |
| 6 | NOLA RUTH-LEE |

7

8                       UNITED STATES DISTRICT COURT

9                       NORTHERN DISTRICT OF CALIFORNIA

| | | | |
|---|---|---|---|
| 10 | | ) | |
| 11 | NOLA RUTH-LEE, | ) | Case No. CV 09-3504 SBA |
| 12 | Plaintiff, | ) | STIPULATION AND ORDER TO |
|    |           | ) | DISMISS ACTION IN ITS ENTIRETY |
| 13 | v. | ) | WITH PREJUDICE |
| 14 | PACIFIC TELESIS GROUP | ) | Judge:     Hon. Saundra B. Armstrong |
|    | COMPREHENSIVE DISABILITY | ) | |
| 15 | BENEFITS PLAN, and SEDGWICK | ) | Complaint Filed:     July 30, 2009 |
|    | CLAIMS MANAGEMENT SERVICES, | ) | |
| 16 | INC., an Illinois corporation, | ) | |
| 17 | Defendants. | ) | |

18

19         IT IS HEREBY STIPULATED by and between the parties to this action,

20 through their respective counsel of record, that Plaintiff Nola Ruth-Lee dismisses

21 / / /

22 / / /

23 / / /

24 / / /

25 / / /

26 / / /

27 / / /

28 / / /

---

WEST #448681                                    - 1 -                    STIPULATION AND PROPOSED ORDER TO
                                                                         DISMISS ACTION IN ITS ENTIRETY WITH PREJUDICE
                                                                         Case No. CV 09-3504 SBA

1  this action in its entirety against all Defendants hereto with prejudice.  Each party

2  shall bear its or her own costs and attorneys' fees in this matter.

3

4  Dated:  September 27, 2010.

5                                                           SPRINGER-SULLIVAN & ROBERTS LLP
                                                             MICHELLE L. ROBERTS
6                                                           410 – 12th Street, Suite 325
                                                             Oakland, CA  94607
7

8
                                                             By  */s/ Michelle L. Roberts*
9                                                                 Michelle L. Roberts
                                                                  Attorneys for Plaintiff
10                                                                NOLA RUTH-LEE
   Dated:  September 27, 2010.
11
                                                             AT&T SERVICES, INC. – LEGAL
12                                                           DEPARTMENT
                                                             LARA-BEYE MOLINA
13                                                           525 Market Street, Suite 2030
                                                             San Francisco, CA  94105
14

15
                                                             By  */s/ Lara-Beye Molina*
16                                                                Lara-Beye Molina
                                                                  Attorneys for Defendants
17                                                                AT&T UMBRELLA PLAN NO. 1
                                                                  (erroneously sued as "Pacific Telesis
18                                                                Comprehensive Disability Benefits Plan") &
                                                                  SEDGWICK CLAIMS MANAGEMENT
19                                                                SERVICES, INC.

20

21  **PURSUANT TO STIPULATION, IT IS SO ORDERED.**

22

23

24  Date:_9/29/10                                            _____
                                                             The Honorable Saundra B. Armstrong
25                                                                United States District Judge

26

27

28
   WEST #448681                              - 2 -
                                                             STIPULATION AND PROPOSED ORDER TO
                                                             DISMISS ACTION IN ITS ENTIRETY WITH PREJUDICE
                                                             Case No. CV 09-3504 SBA